**Order entered April 14, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-21-00128-CV

## IN THE INTEREST OF A.B.K., A CHILD

### On Appeal from the 470th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 470-30142-2019

## ORDER

Before the Court is the April 12, 2021 request of Tanner Joy Feast, Official Court Reporter for the 470th Judicial District Court, for an extension of time to file the reporter's record. By letter dated today, the Court has requested jurisdictional briefing and suspended the deadline for the reporter's record pending a determination of jurisdiction. Should the Court determine it has jurisdiction over this appeal, it will set a new deadline for the reporter's record. Accordingly, we **DENY** Ms. Feast's request as moot.

/s/ BILL PEDERSEN, III
   JUSTICE